1006

M. E. JACKSON, Appellant, v. Harry L. ASHTON, Trustee in Bankruptcy of Domengeaux & Jackson, Bankrupt, Appellee.
No. 8439.

Circuit Court of Appeals, Ninth Circuit.
Oct. 18, 1937.

Willett & Willett, of Los Angeles, Cal., for appellant.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

It appearing that appellant has failed to file transcript of record herein within time allowed therefor, and no application for extension of such time has been made, ordered appeal dismissed, decree of dismissal filed and entered, mandate issued within seven days.

In the Matter of JOHN C. GRENNELL PAINT STORE, Inc., Bankrupt.

Emma L. MATTHEWS, as Executrix of and Trustee under the Last Will and Testament of Emma L. Whittaker, Deceased, Claimant-Appellant, v. Mortimer J. DAVIS, Trustee in Bankruptcy, Appellee.
No. 64.

Circuit Court of Appeals, Second Circuit.
Nov. 1, 1937.

Robert P. Orr, of Brooklyn, N. Y. (George C. Weber, of Brooklyn, N. Y., of counsel), for appellant.

Frank Deutscher, of Brooklyn, N. Y. (Julius Zizmor, of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed on authority of In re G. L. Miller & Co. (C.C.A.) 45 F.2d 115.

Walter R. JONES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 8674.

Circuit Court of Appeals, Ninth Circuit.
Oct. 11, 1937.

Thomas N. Fowler, of Seattle, Wash., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered cause remanded to United States Board of Tax Appeals for entry of a decision that there is no present liability for the calendar year 1929, the tax liability having been settled and compromised.

MITSUO KAMOUCHI, Appellant, v. UNITED STATES of America, Appellee.
No. 8692.

Circuit Court of Appeals, Ninth Circuit.
Nov. 1, 1937.

Russell Graham, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., and Ralph Lazarus, Asst. U. S. Atty., both of Los Angeles, Cal.

Before DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of appellee, and by direction of the court, ordered appeal herein dismissed for failure of appellant to file record, and docket cause; mandate forthwith.